Tom Weathered #115207
999 16th Street, #7.
San Francisco, CA 94107
Tel. (415) 865-0399
*tweathered4@gmail.com*

Attorney for Plaintiff
Dorothy Cantu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY CANTU | |
| Plaintiff, | NO. 13- 1621 RMW |
| vs. | STIPULATION FOR EXTENSION OF |
| CAROLYN COLVIN, Acting Commissioner, | TIME TO FILE MOTION FOR SUMMARY |
| Social Security Administration | JUDGMENT |
| Defendant | |

  Plaintiff Dorothy Cantu requests an extension of time to file her Motion for Summary Judgment until March 31 2014.  This is Plaintiff's first equest for an extension.

  Good cause for the extension exists because Plaintiff's new attorney has just entered his appearance as attorney for Ms. Cantu and must become fulkly familiar with the record and prepare the Motion for Summary Judgment under Local Rule 16-5.  No previous Motion to Extend Time has been filed in this action. All deadlines for Defendant should likewise be extended, with Defendant's Cross Motion for Summary Judgment due on April 28, 2014.

DATE: 3/11/2014          /s/
                 Tom Weathered
                 Attorney for Plaintiff
                 Dorothy Cantu

Motion for Extension of Time

Order           Page 1

Dated:                                          By: _____
                                                Patrick Snyder
                                                Special Assistant United States
                                                Attorney
                                                Attorneys for Defendant

Of Counsel:
April Alongi
Assistant Regional Counsel
Social Security Administration

## ORDER

Having considered the Motion the Court finds that it should be **GRANTED.** It is therefore **ORDERED** that Plaintiff shall have until March 31, 2014 to file her Motion for Summary Judgment in this case.

Date: _____

*Ronald M. Whyte*
United States Magistrate Judge

Motion for Extension of Time

Order                                    Page 2