MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail:  Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY CANTU, | CIVIL NO. 13-1621-RMW |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Plaintiff Dorothy Cantu (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty-nine (39) days to respond to Plaintiff's Motion For Summary Judgment and/or to file any cross-motions thereto.  This is the first extension of time requested by Defendant.  The defense attorney assigned to this matter, Sharon Lahey, did not calendar or receive electronic notice for this matter due to an inadvertent office assignment error.  Ms. Lahey requests this additional time to properly assess the issues that Plaintiff raises in her brief.  Ms. Lahey requests this extension after the current deadline because she was not aware of this issue at the time Defendant's response was originally due.  The current due date was April 28, 2014.  The new due

date will be June 6, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: June 3, 2014                               LAW OFFICE OF TOM WEATHERED

                                                 By:   /s/ Tom F. Weathered
                                                       Tom F. Weathered
                                                       Attorney for the Plaintiff
                                                       (As authorized on June 3, 2014)

Date: June 3, 2014                               MELINDA HAAG
                                                 United States Attorney

                                                 By:   /s/ Patrick W. Snyder
                                                       PATRICK W. SNYDER
                                                       Special Assistant United States Attorney
                                                       Attorney for Defendant

OF COUNSEL TO DEFENDANT:

   DONNA L. CALVERT
   Regional Chief Counsel, Region IX

   SHARON LAHEY
   Assistant Regional Counsel

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR FILE ANY CROSS-MOTIONS THERETO ON OR BEFORE JUNE 6, 2014.  PLAINTIFF SHALLY FILE ANY REPLY THERETO ON OR BEFORE JUNE 20, 2014.

Dated:_____           _____
                                    HON. RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE